UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LUCAS WILLIAMS** | : | **CIVIL ACTION NO. 2:26-cv-00075** |
| **VERSUS** | : | **JUDGE DAVID C. JOSEPH** |
| **SERGIO JIMENEZ ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

Before the court is a REPORT AND RECOMMENDATION [doc. 3] of the Magistrate Judge, recommending that plaintiff's APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS [doc. 2] be granted, but that plaintiff's complaint and this matter be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e).

The REPORT AND RECOMMENDATION of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

**IT IS ORDERED** that plaintiff Lucas Williams's APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS [doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that Williams's complaint and this matter are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted.

**THUS, DONE AND SIGNED** in Chambers on this 28th day of January, 2026.

_____
**DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**
